UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

Kathleen Arbogast
v.
Kansas Department of Labor, et al

Case No. 14-3091

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for
___Kathleen Arbogast_____
Party or Parties
___Appellee_____, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒ There are no such parties, or any such parties have heretofore been disclosed to the court.

Alan V. Johnson
Name of Counsel
/s/ Alan V. Johnson
Signature of Counsel
534 S. Kansas Ave Ste 1000, Topeka, KS 66046
785-357-6311
Mailing Address and Telephone Number

ajohnson@sloanlawfirm.com
E-Mail Address

Danielle N. Davey
Name of Counsel
/s/ Danielle Davey
Signature of Counsel
534 S. Kansas Ave Ste 1000, Topeka, KS 66046
785-357-6311
Mailing Address and Telephone Number

ddavey@sloanlawfirm.com
E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) _5/5/2014_____ via (state method of service) _electronic filing_____.

to _M.J. Willoughby, Glenn Griffith_____    _____
(*See* Fed. R. App. P. 25(b))                            (Signature)

A-5  Entry of Appearance Form 10/09