CIRCUIT MEDIATION OFFICE

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

**KYLE ANN SCHULTZ**
CIRCUIT MEDIATOR

May 6, 2014

Glenn Howard Griffeth, Esq.
Kansas Department of Labor
401 SW Topeka Boulevard
Topeka, KS  66603

Alan V. Johnson, Esq.
Sloan, Eisenbarth, Glassman, McEntire & Jarboe
1000 Bank of America Tower
534 South Kansas Avenue
Topeka, KS  66603

M. J. Willoughby, Esq.
Attorney General for the State of Kansas
120 SW 10th Street, 2nd Floor
Topeka, KS  66612

RE:  No. 14-3091 – Kathleen Arbogast v. Kansas Department of Labor, et al.

### MEDIATION CONFERENCE NOTICE

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a mediation conference has been scheduled in this case. This office will initiate a **TELEPHONE CONFERENCE CALL** on Tuesday, May 13, 2014 at 10:00 AM, **MOUNTAIN DAYLIGHT TIME**. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are understood to be the lawyers with primary responsibility for this case. Please contact this office **BY TELEPHONE IMMEDIATELY** if we need to notify different or additional lawyers or if you need to have the conference rescheduled because of an unavoidable conflict.

Participation in the conference by cell phone is not permitted.

Sincerely,

Denise McClure
Conference Administrator